# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**RALPH E. PINSON,**            )
    **Plaintiff,**                )
                                )
v.                              ) CIVIL ACTION 24-0278-WS-C
                                )
**UNITED STATES OF AMERICA,**   )
                                )
    **Defendant.**               )

## FINAL JUDGMENT

In accordance with the order of Court dated July 22, 2025, judgment is hereby entered in favor of defendant United States of America and against plaintiff Ralph E. Pinson.

DONE this 22nd day of July, 2025.

                                                  s/ WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE